■ RALPH L. MACDONALD et al., Appellants, v. CARPENTER & PELTON, INC., Respondent.—

Christ, P. J., Rabin, Munder, Martuscello and Latham, JJ., concur.